RECEIVED

FEB 1 1 2016

BY MAIL

FILED

FEB 1 1 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____ **DIVISION**

Gregory Peeples Jr.                          )
                                             )
#102997                                      )
                                             )
_____              )
                                             )
(Enter above the full name of the            )
Plaintiff(s) in this action.  Include prison )
registration number(s).)                     )
                                             )
                v. --                         )
                                             )
Francis Slay                                 )
                                             )
Richard Gray                                 )
                                             )
Dale Glass                                   )
                                             )
Jeffery Carson                               )
                                             )
Corizon Health Inc.                          )
(Enter above the full name of ALL Defend-    )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint   )
include the names of all the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

# 4:16CV185 JMB

(To be assigned by Clerk)

### PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

I.      PLACE OF PRESENT CONFINEMENT:

200 $^5$ Tucker Blvd. St. Louis, Mo. 63102, City Justice Center

II.     PREVIOUS CIVIL ACTIONS:

A.      Have you brought any other civil actions in state or federal court dealing with the
        same facts involved in this action or otherwise relating to your confinement?

                YES    [ ]                    NO    [✓]

B.    If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1.    Parties to previous civil action:

Plaintiff(s):    N/A

Defendant(s):

2.    Court where filed:

3.    Docket or case number:

4.    Name of Judge:

5.    Basic claim made:

6.    Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?):

III.   GRIEVANCE PROCEDURES:

A.    Is there a prisoner grievance procedure at the institution in which you are incarcerated?

YES  [✓]               NO   [  ]

B.    Have you presented this grievance system the facts which are at issue in this complaint?

YES  [✓]               NO   [  ]

-2-

C.     If your answer to "B" is YES, what steps did you take: _Informal_
_Resolution Request, which was denied and case_
_worker refused to provide grievance._

D.     If your answer to "B" is NO, explain why you have not used the grievance system:

_____

_____

IV.    PARTIES TO THIS ACTION:

    A.    Plaintiff(s)

       1.    Name of Plaintiff: _Gregory Peeples Jr._

       2.    Plaintiff's address: _200 S Tucker Blvd. St. Louis, Mo. 63102_

       3.    Registration number: _102997_

       4.    Additional Plaintiff(s) and address(es): _None_

_____

_____

    B.    Defendant(s)

       1.    Name of Defendant: _Francis Slay_

       2.    Defendant's address: _1200 Market St. St. Louis, Mo. 63102_

       3.    Defendant's employer and job title: _Mayor, St. Louis_
_City_

       4.    Additional Defendant(s) and address(es): _Richard Gray_
_1200 Market St. St. Louis, Mo. 63102_
_See Attached Page:_

-3-

Continued from pg. 3, Question 4:

Dale Glass, 1200 Market St. St. Louis, Mo. 63102

Corizon Health Inc., 200 S. Tucker Blvd., St. Louis, Mo. 63102

Jeffery Carson, 200 S. Tucker Blvd., St. Louis, Mo. 63102

Continued from pg. 5, Sect. VI:

community receives. Again, no charge.

4. Mayor Francis Slay (head of said institution);
Director Richard Gray (head of Public Safety of said
institution); Commissioner Dale Glass ('overseer of
Super Intendent of said institution); and Super
Intendent Jeffery Carson (overseer of said institution),
all allow Corizon Health Inc. to violate Civil Law,
Plaintiff's constitutional rights, and to extort
Plaintiff out of my money for services he did
not receive, or should not have to pay for.

Continued from Motion to Proceed in Forma Pauperis,
Defendants:

Francis Slay, Richard Gray, Dale Glass, Jeffery
Carson, and Corizon Health Inc.

V.   COUNSEL

A.   Do you have an attorney to represent you in this action?

YES   [  ]                    NO   [✓]

B.   If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

YES   [  ]                    NO   [✓]

C.   If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

_____

_____

_____

D.   If your answer to "B" is NO, explain why you have not made such efforts:

I cannot afford the Legal fees

_____

E.   Have you previously been represented by counsel in a civil action in this Court?

YES   [  ]                    NO   [✓]

F.   If your answer to "E" is YES, state the attorney's name and address:

_____

_____

-4-

VI.   Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. You must state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved, dates, and places. Be as specific as possible. State your claims in numbered paragraphs.  You may use additional paper if necessary):

1. Upon my arrival at the St. Louis City Justice Center, Corizon Health Services charged me for initial screening, which the Justice Center Rule Book establishes, there is no charge.

2. In the months of Nov. and Dec., I filed two Corizon Health Service's contracts, I stipulated my terms to the contracts, that "I am a poor person with no money of my own." "I do not all you to take money from my account." Corizon Health Inc., despite my terms to the contract, still took money from my account.

3. Besides violating contract and agreements, Corizon Health Inc. did not have a dentist to provide for my dental needs. Therefore, taking money without assessing or handling the issue at hand. The Justice Center Rule Book establishes, it is Plaintiff constitutional right to receive dental care comparable to which an indigent persons in the free (see attached page)

VII.   RELIEF

State briefly and exactly what you want the Court to do for you.  Do not make legal arguments.  (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

I want the court to assess the validity of my claim and have all Defendants pay punitive monetary damages. Or set case for jury trial.

VIII.   MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES ☑        NO ☐

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$ 80,000.00 per Defendant because these are constitutional violation, contract and agreement violation

IX.   Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [✓]              NO   [  ]

Gregory Peeples

A natural person
Signature of attorney or pro se Plaintiff(s)

2-2-2016
Date